IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LANCE SHEFFIELD,
    Plaintiff,

vs.                                                      Case No.: 3:14cv46/RV/EMT

KEN TUCKER, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

        This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (doc. 1). By order of this court dated February 19, 2014, Plaintiff was given until April 9, 2014, to file an amended complaint and pay the filing fee in the amount of $400.00 (*see* doc. 8). On April 18, 2014, Plaintiff was given an extension of thirty (30) days in which to file an amended complaint and pay the filing fee (doc. 13). Plaintiff failed to comply with the court's instructions. Therefore, on May 23, 2014, the court issued an order requiring Plaintiff to show cause, within thirty (30) days, why this action should not be dismissed for failure to comply with an order of the court (doc. 14). The time for compliance with the show cause order has now elapsed, and Plaintiff has failed to file an amended complaint, pay the filing fee, or show cause for his failure to do so.

        Accordingly, it is respectfully **RECOMMENDED**:

        That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

        At Pensacola, Florida, this 3rd day of July 2014.

                                        /s/ *Elizabeth M. Timothy*
                                        **ELIZABETH M. TIMOTHY**
                                        **UNITED STATES MAGISTRATE JUDGE**

## **NOTICE TO THE PARTIES**

**Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only</u>.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; <u>United States v. Roberts</u>, 858 F.2d 698, 701 (11th Cir. 1988).**